NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORD MOTOR COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1238

---

Appeal from the United States Court of International Trade in case no. 03-CV-0115, Judge Judith M. Barzilay.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States' motion for a 46-day extension of time, until August 30, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUL 1 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert B. Silverman, Esq.
     Justin R. Miller, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 5 2010

JAN HORBALY
CLERK